FILED

11/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0280

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0280

_____

BLUEBIRD ENERGY LLC,

      Petitioner and Appellant,

   v.

STATE OF MONTANA, DEPARTMENT
OF REVENUE,

      Respondent and Appellee,

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Nickolas C. Murnion, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 1 2023